| | |
|---|---|
| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)*<br>2:07CR00119 1 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>2:18cm3281-WKW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Thomas Douglas<br>MD/AL | DISTRICT OF VERMONT | |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable William K. Sessions III | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5/13/2016    TO 5/12/2021 |

OFFENSE

Use facility of interstate commerce to entice any individual under 18 years of age to engage in sexual activity, Knowingly transporting an image of child pornography in interstate commerce

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____8/27/18_____      _____
        Date                                                               United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____9/6/18_____      _____
       Effective Date                                                  United States District Judge

08-28 '18 PM04.15 000957